```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 15-02421-JJT
Johncarlo A Ligi, Jr                                            Chapter 13
        Debtor           CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman           Page 1 of 1          Date Rcvd: Jul 22, 2016
                             Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db             Johncarlo A Ligi, Jr,    1318 Mt. Cobb Road,    Jefferson Township, PA   18436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
              Brian E Manning     on behalf of Debtor Johncarlo A Ligi, Jr BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor    BLI Rentals, LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

Case 5:15-bk-02421-JJT    Doc 60    Filed 07/24/16    Entered 07/25/16 00:43:31    Desc
                        Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOHNCARLO A. LIGI, JR.,<br><br>Debtor,<br><br>BLI RENTALS, LLC,<br><br>Movant,<br><br>v.<br><br>JOHNCARLO A. LIGI, JR., and CHARLES J. DEHART III, Trustee,<br><br>Respondents | Bankruptcy No. 15-02421-JJT<br><br>Chapter 13<br><br>Doc. No. |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of BLI Rentals, LLC. in the 2014 Kramer 12x12 Portable Mini-barn, Asset ID # 6451.

Dated: July 22, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)