```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 15-02421-JJT
Johncarlo A Ligi, Jr                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Aug 30, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
db          Johncarlo A Ligi, Jr,    1318 Mt. Cobb Road,    Jefferson Township, PA    18436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor Johncarlo A Ligi, Jr BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor    BLI Rentals, LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Johncarlo A. Ligi Jr aka John A Ligi, Jr aka John A Ligi <br> **Debtor** | CHAPTER 13 |
| JPMorgan Chase Bank, National Association <br> **Movant** <br> vs. | NO. 15-02421 JJT |
| Johncarlo A. Ligi Jr aka John A Ligi, Jr aka John A Ligi <br> **Debtor** | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br> **Trustee** | |

## ORDER

Upon consideration of the stipulation at docket 56 and the Motion to Approve Stipulation at docket 61, it is hereby ORDERED that the Stipulation is approved by the Court.

Dated: August 30, 2016

By the Court,

_[signature]_

John J. Thomas, Bankruptcy Judge
(RPR)