```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 15-02421-JJT
Johncarlo A Ligi, Jr                                             Chapter 13
       Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: REshelman        Page 1 of 1         Date Rcvd: Nov 16, 2016
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
db          Johncarlo A Ligi, Jr,   1318 Mt. Cobb Road,   Jefferson Township, PA   18436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
          Brian E Manning    on behalf of Debtor Johncarlo A Ligi, Jr BrianEManning@comcast.net,
           G17590@notify.cincompass.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Peter J Ashcroft    on behalf of Creditor    BLI Rentals, LLC pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHNCARLO A LIGI, JR | : | |
| JOHN A LIGI, JR. | : | |
| JOHN A LIGI | : | |
| Debtor(s) | : | CASE NO. 5:15-BK-02421JJT |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 64 |
| vs | : | |
| JOHNCARLO A LIGI, JR | : | |
| JOHN A LIGI, JR. | : | |
| JOHN A LIGI | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed November 16, 2016 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s MOTION TO DISMISS for material default filed on or about October 19, 2016,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RE)

Dated: November 16, 2016