# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-15-02421 |
| JOHNCARLO A. LIGI, JR. | Chapter 13 |
| Debtor | John J. Thomas, B.J. |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | |
| Movant | |
| v. | |
| JOHNCARLO A. LIGI, JR., and CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE | |
| Respondents | |

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

AND NOW, comes the  Debtor herein by and through his attorney, Brian E. Manning Esquire, and files the following Objection to the Certification of Default and in support thereof alleges:

1.      Debtor objects to the Certification of Default and believes he can become current on his mortgage at or prior to any hearing scheduled on this matter.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order setting a hearing and granting the Debtor such other and further relief as the Court deems just and appropriate under the circumstances.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
brianemanning@comcast.net
Attorney for the Debtor

Dated: January 17, 2017