United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 15-02421-JJT
Johncarlo A Ligi, Jr                                                      Chapter 13
          Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Jan 24, 2017
                              Form ID: pdf010          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
db              Johncarlo A Ligi, Jr,   1318 Mt. Cobb Road,   Jefferson Township, PA  18436
4656001         Chase,   P.O. Box  78420,   Phoenix, AZ 85062-8420
4707266        +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
4723420         U.S. Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
4656003         US Department of Education,   National Payment Center,   P.O. Box 105081,
                 Atlanta, GA 30348-5081
4656004         Verizon Wireless,   P.O. Box 17464,   Baltimore, MD 21297-1464
4656005        +West Asset Management Headquarters,   7171 Mercy Road,   Omaha, NE 68106-2620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4655999        +E-mail/Text: collections@blirentals.com Jan 24 2017 18:57:06      BLI Rentals, LLC,
                 P.O. Box 992,   Emporia, KS 66801-0992
4656002         E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2017 18:57:12       Midland Credit Management,
                 P.O. Box 60578,   Los Angeles, CA 90060-0578
                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4656000*       +BLI Rentals, LLC,   P.O. Box 992,   Emporia, KS 66801-0992
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
          Brian E Manning    on behalf of Debtor Johncarlo A Ligi, Jr BrianEManning@comcast.net,
           G17590@notify.cincompass.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Peter J Ashcroft    on behalf of Creditor   BLI Rentals, LLC pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          Thomas I Puleo    on behalf of Creditor   JPMorgan Chase Bank, National Association
           tpuleo@goldbecklaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHNCARLO A. LIGI, JR.

Debtor

Case No. 5-15-02421

Chapter 13

John J. Thomas, B.J.

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

AND NOW, upon consideration of the Motion of the Debtor to dismiss his case pursuant to 11 U.S.C. §1397 (b), and copies of the Motion having been served upon the Chapter 13 Trustee and the Office of the United States Trustee, it is hereby

ORDERED and DECREED that the above captioned case be and hereby is DISMISSED.

Dated: January 24, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)